IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

REMMY AZEH,                          §
                                     §
        Plaintiff,                   §
                                     §
V.                                   §          No. 3:25-cv-1832-K-BN
                                     §
EASTERN REVENUE, INC.,               §
                                     §
        Defendant.                   §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore DENIES Defendant Eastern Revenue, Inc.'s motion for leave to file an amended answer [Dkt. No. 36] and motion for leave to file a second motion for summary judgment [Dkt. No. 37].

SO ORDERED.

Signed June 30th, 2026.

_Ed Kinkeade_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE